## United States Bankruptcy Court
NORTHERN DISTRICT OF ILLINOIS
219 S. Dearborn Street
Chicago, IL 60604

**Kenneth S. Gardner**, Bankruptcy Clerk

Date  **08/19/2008**

Michael Dobbins, Clerk
United States District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

Case Number  **08BK09615**

Case Name  **GANESAN VISVABHARATHY**

Notice of Appeal Filed  **08/08/2008**

Appellant

Dear Sir:

Pursuant to **Bankruptcy Rule 8007** transmitted herewith is the Record on Appeal. The Record on Appeal consist of:

| | | | |
|---|---|---|---|
| ✓ | Transmittal Letter and Civil Cover Sheet | ✓ | Notice of Appeal |
| ✓ | Designation and Statement of Issues | ☐ | Copy of Documents Designated |
| ✓ | Transcript of Proceeding | ✓ | Exhibits |
| ☐ | In Forma Pauperis | ☐ | Expedited Notice of Appeal |

Additional Items Incl

☐ **08CV4702**
**JUDGE MORAN**
**MAGISTRATE JUDGE COLE**

FILED
AUG 19 2008 TC
AUG 19, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**4**  Total Volumes Transmitted

The following items will be transmitted as a supplemental to the Record on Appeal:

☐ _____

Previous D C Judge _____   Case Number _____

By Deputy Clerk _____

Revised 03/20/04rj

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                          )
                                                )   No. 08 B 09615
Ganesan Visvabharathy,                          )
                                                )   Honorable Carol A. Doyle
            Alleged Debtor.                     )

### NOTICE OF APPEAL

INDYMAC BANK, F.S.B. and IBA, LLC appeal under 28 U.S.C. § 158(a) from the orders of the Honorable Bankruptcy Judge Carol A. Doyle as follows:

(1) Order entered 7/17/08, Docket #53, mooting IndyMac Bank, F.S.B.'s and IBA, LLC's Motion for Leave to Issue Discovery to Alleged Debtor's Tax Accountant;

(2) Order entered 7/17/08, Docket #54, striking hearing on Alleged Debtor's Motion to Dismiss Case (scheduled for 7/22/08);

(3) Order entered 7/17/08, Docket #55, striking hearing set for July 22, 2008, regarding IndyMac Bank, F.S.B.'s and IBA, LLC's Motion for Leave to Issue Discovery to Alleged Debtor's Tax Accountant

(4) Order entered 7/17/08, Docket #56, granting Alleged Debtor's Motion to Dismiss Involuntary Petition;

(5) Order entered 7/17/08; Docket #57, mooting Petitioning Creditors' Motion to Compel Answers to Interrogatories and to Extend Hearing Date on Motion to Dismiss so as to Give Notice to Additional Creditors

(5) Order entered 8/5/08, Docket #63, Denying Petitioning Creditors' Motion to Vacate Orders (Docket Entries 53, 54, 55, 56, and 57) and to Authorize the Judge to Reconsider

entered in this contested matter in the Bankruptcy Court on the July 17, 2008 and August 5, 2008.

The names of all parties to the orders appealed from and the names, address, and telephone number of their respective attorneys are as follows:

LP 1727697.2 \ 31849-75162

**08CV4702**
**JUDGE MORAN**
**MAGISTRATE JUDGE COLE**

| | |
|---|---|
| Indymac Bank, F.S.B. and IBA, LLC. | Bryan I. Schwartz (ARDC # 6204347)<br>Gary I. Blackman (ARDC #6187914)<br>James G. Martignon (ARDC # 6277974)<br>Levenfeld Pearlstein, LLC<br>2 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60602<br>(312) 346-8380<br>(312) 346-8434 (Fax) |
| Ganesan Visvabharathy | Bruce L. Wald<br>Jeffrey B. Rose<br>Natalia K. Rzepka<br>TISHLER & WALD, LTD<br>200 S. Wacker Dr., Ste. 3000<br>Chicago, IL 60606<br>Phone: 312/876-3800<br>Fax: 312/876-3816 |
| Counsel for Lisle Technology Partners, LLC. | Frederick E. Roth<br>Roth Law Firm<br>47 East Chicago Ave., Ste. 360<br>Naperville, IL 60540<br>Phone: 630/778-1100<br>Fax: 630/778-1121 |
| Counsel for Dr. Suriya Sastri | Henry B. Merens, Esq.<br>Adelman & Gettleman, Ltd.<br>53 W. Jackson Blvd., Suite 1050<br>Chicago, IL 60604<br>Phone: 435-1050<br>Fax: 312-435-1059 |
| Shepard Schwartz & Harris, LLP<br>123 North Wacker Drive, Suite 1400<br>Chicago, IL 60602<br>Phone: 312-726-8353<br>Fax: 312-726-2657 | |
| United States Trustee | William T. Neary<br>219 S. Dearborn St., Room 873<br>Chicago, IL 60604<br>Phone: 312/886-5785<br>Fax: 312/886-5794 |

Dated: August 8, 2008

Respectfully submitted,

INDYMAC BANK, F.S.B., IBA, LLC and LISLE TECHNOLOGY

By: ___/s/ Gary I. Blackman___

Bryan I. Schwartz (ARDC # 6204347)
Gary I. Blackman (ARDC #6187914)
James G. Martignon (ARDC # 6277974)
Levenfeld Pearlstein, LLC
2 North LaSalle Street, Suite 1300
Chicago, Illinois 60602
(312) 346-8380
(312) 346-8434 (Fax)

# UNITED STATES BANKRUPTCY COURT

For the __Northern__ District of __Illinois__

This is to certify that the within and attached document(s) is a full, true and correct copy of the original thereof as the same appears on file in the office of the Clerk of the United States Bankruptcy Court for the Northern District of Illinois.

Kenneth S. Gardner
Clerk of Court

By: _Sabrina Daniel_
Deputy Clerk

Dated: 08/21/2008

**DISMISSED, CLOSED**

## U.S. Bankruptcy Court
### Northern District of Illinois (Chicago)
### Bankruptcy Petition #: 08-09615

*Assigned to:* Honorable Judge Carol A. Doyle
Chapter 7
Involuntary
No asset

*Date Filed:* 04/18/2008
*Date Terminated:* 07/21/2008
*Date Dismissed:* 07/17/2008

| | |
|---|---|
| *Petitioning Creditor*<br>**IndyMac Bank, F.S.B.**<br>233 S. Wacker Drive<br>Suite 4620<br>Chicago, IL 60606 | represented by **Bryan I Schwartz**<br>Levenfeld Pearlstein LLC<br>2 North LaSalle Suite 1300<br>Chicago, IL 60602<br>(312) 476-7540<br>Fax : (312) 346-8434<br>Email: bschwartz@lplegal.com<br><br>**Gary I Blackman**<br>Levenfeld, Pearlstein, LLC<br>2 North LaSalle St<br>Suite 1300<br>Chicago, IL 60602<br>312 476-7536<br>Email: gblackman@lplegal.com<br><br>**James Martignon**<br>Levenfeld Pearlstein, LLC<br>2 North LaSalle Street<br>Suite 1300<br>Chicago, IL 60602<br>312 346-8380<br>Email: jmartignon@lplegal.com |
| *Petitioning Creditor*<br>**IBA, LLC**<br>233 S. Wacker Drive<br>Suite 4620<br>Chicago, IL 60606 | represented by **Bryan I Schwartz**<br>(See above for address)<br><br>**Gary I Blackman**<br>(See above for address)<br><br>**James Martignon**<br>(See above for address) |
| *Petitioning Creditor*<br>**Lisle Technology Partners, LLC** | represented by **Frederick E Roth**<br>Roth Law Firm |

650 Warrenville Road                                              47 E Chicago Ave Suite 360
Suite 100                                                         Naperville, IL 60540
Lisle, IL 60532                                                   630-778-1100

*Alleged Debtor*                                         represented by **Bruce L Wald**
**Ganesan Visvabharathy**                                         Tishler & Wald Ltd
7529 Ridgewood Lane                                               200 S Wacker Dr
Burr Ridge, IL 60527                                              Suite 3000
                                                                  Chicago, IL 60606
                                                                  312 876-3800
                                                                  Fax : 312 876-3816
                                                                  Email:
                                                                  bwald@tishlerandwald.com

                                                                  **Jeffrey B Rose**
                                                                  Tishler & Wald Ltd
                                                                  200 S Wacker Drive
                                                                  Suite 3000
                                                                  Chicago, IL 60606
                                                                  312 876-3800
                                                                  Fax : 312 876-3816
                                                                  Email:
                                                                  jrose@tishlerandwald.com

                                                                  **Natalia K. Rzepka**
                                                                  Tishler & Wald, Ltd.
                                                                  200 S. Wacker Drive
                                                                  Suite 3000
                                                                  Chicago, IL 60606
                                                                  312 876-3800
                                                                  Fax : 312 876-3816
                                                                  Email:
                                                                  nrzepka@tishlerandwald.com

*U.S. Trustee*
**William T Neary**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785

| Filing Date | # | Docket Text |
|---|---|---|
| 04/18/2008 | 1 | Chapter 7 Involuntary Petition. Fee Amount $299 Re: Ganesan Visvabharathy Filed by Petitioning Creditors(s): IndyMac Bank, F.S.B. (attorneys James Martignon, Bryan I Schwartz), IBA, LLC (attorneys James Martignon, Bryan I Schwartz), Lisle Technology Partners, LLC (attorney Frederick E Roth) (Schwartz, Bryan) |

| | | |
|---|---|---|
| | | (Entered: 04/18/2008) |
| 04/18/2008 | 2 | Receipt of Involuntary Petition (Chapter 7)(08-09615) [misc,invol7] ( 299.00) Filing Fee. Receipt number 8671741. Fee Amount $ 299.00 (U.S. Treasury) (Entered: 04/18/2008) |
| 04/18/2008 | 3 | Involuntary Summons Issued on Ganesan Visvabharathy . (Ward, Sonya) (Entered: 04/18/2008) |
| 04/21/2008 | 4 | Notice of Hearing on Involuntary Petition in Bankruptcy (RE: 1 Involuntary Petition (Chapter 7),). Hearing scheduled for 5/22/2008 at 10:30 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Burton, Shenitha) (Entered: 04/22/2008) |
| 04/21/2008 | 5 | Certificate of Mailing (RE: 4 Notice of Hearing). (Burton, Shenitha) (Entered: 04/22/2008) |
| 04/22/2008 | 6 | Summons Service Executed in an Involuntary Case on Ganesan Visvabharathy 4/18/2008, Answer Due 5/8/2008 Filed by James Martignon on behalf of IBA, LLC ; IndyMac Bank, F.S.B.. (Martignon, James) (Entered: 04/22/2008) |
| 05/07/2008 | 7 | Appearance Filed by Bruce L Wald on behalf of Ganesan Visvabharathy. (Wald, Bruce) (Entered: 05/07/2008) |
| 05/07/2008 | 8 | Appearance Filed by Jeffrey B Rose on behalf of Ganesan Visvabharathy. (Rose, Jeffrey) (Entered: 05/07/2008) |
| 05/07/2008 | 9 | Appearance Filed by Natalia K. Rzepka on behalf of Ganesan Visvabharathy. (Rzepka, Natalia) (Entered: 05/07/2008) |
| 05/08/2008 | 10 | Notice of Motion and Motion to Extend Time Answer or Otherwise Plead Filed by Natalia K. Rzepka on behalf of Ganesan Visvabharathy. Hearing scheduled for 5/22/2008 at 10:30 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Rzepka, Natalia) (Entered: 05/08/2008) |
| 05/09/2008 | 11 | Notice of Motion and Motion for Leave to Issue Discovery Filed by James Martignon on behalf of IBA, LLC, IndyMac Bank, F.S.B.. Hearing scheduled for 5/22/2008 at 10:30 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Martignon, James) (Entered: 05/09/2008) |
| 05/16/2008 | 12 | Response to (related document(s): 11 Motion for Leave, ) Filed by Natalia K. Rzepka on behalf of Ganesan Visvabharathy (Rzepka, Natalia) (Entered: 05/16/2008) |

| | | |
|---|---|---|
| 05/16/2008 | 13 | Notice of Filing Filed by Natalia K. Rzepka on behalf of Ganesan Visvabharathy (RE: 12 Response). (Rzepka, Natalia) (Entered: 05/16/2008) |
| 05/20/2008 | 14 | Appearance Filed by Gary I Blackman on behalf of IBA, LLC, IndyMac Bank, F.S.B.. (Blackman, Gary) (Entered: 05/20/2008) |
| 05/20/2008 | 15 | Response to (related document(s): 10 Motion to Extend Time, ) Filed by Gary I Blackman on behalf of IBA, LLC, IndyMac Bank, F.S.B. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3) (Blackman, Gary) (Entered: 05/20/2008) |
| 05/20/2008 | 16 | Notice of Filing Filed by Gary I Blackman on behalf of IBA, LLC, IndyMac Bank, F.S.B. (RE: 15 Response). (Blackman, Gary) (Entered: 05/20/2008) |
| 05/21/2008 | 17 | Appearance Filed by Henry B. Merens on behalf of Suriya Sastri. (Merens, Henry) (Entered: 05/21/2008) |
| 05/21/2008 | 18 | Notice of Filing Filed by Henry B. Merens on behalf of Suriya Sastri (RE: 17 Appearance). (Merens, Henry) (Entered: 05/21/2008) |
| 05/21/2008 | 19 | Joinder In Response to (related document(s): 11 Motion for Leave, ) Filed by Henry B. Merens on behalf of Suriya Sastri (Merens, Henry) (Entered: 05/21/2008) |
| 05/21/2008 | 20 | Notice of Filing Filed by Henry B. Merens on behalf of Suriya Sastri (RE: 19 Response). (Merens, Henry) (Entered: 05/21/2008) |
| 05/22/2008 | 21 | Hearing Continued (RE: 11 Leave). Hearing Scheduled for 06/05/2008 at 10:30 AM at Courtroom 742 219 South Dearborn, Chicago, IL, 60604. (Devine,Tina) (Entered: 05/22/2008) |
| 05/22/2008 | 22 | Hearing Continued (RE: 4 Notice of Hearing). Hearing scheduled for 6/5/2008 at 10:30 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Devine, Tina) (Entered: 05/22/2008) |
| 05/22/2008 | 23 | Order Granting Motion to Extend Time to file an Answer or Other Responsive Pleading through and including June 2, 2008 (Related Doc # 10). Signed on 5/22/2008. (Burton, Shenitha) (Entered: 05/23/2008) |
| 06/02/2008 | 24 | Notice of Motion and Motion to Dismiss Case Pursuant to Section 303(b) Filed by Natalia K. Rzepka on behalf of Ganesan Visvabharathy. Hearing scheduled for 6/5/2008 at 10:30 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# |

| | | |
|---|---|---|
| | | 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Proposed Order) (Rzepka, Natalia) (Entered: 06/02/2008) |
| 06/03/2008 | 25 | Amended Certificate of Service Filed by Natalia K. Rzepka on behalf of Ganesan Visvabharathy (RE: 24 Motion to Dismiss Case, ). (Rzepka, Natalia) (Entered: 06/03/2008) |
| 06/05/2008 | 26 | Hearing Continued (RE: 1 Involuntary Petition (Chapter 7), Involuntary Petition (Chapter 7)). Hearing continued on 7/22/2008 at 11:30AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Smith, Lester) (Entered: 06/05/2008) |
| 06/05/2008 | 29 | Order Scheduling (RE: 24 Motion to Dismiss Case, ). Reply due by: 7/9/2008 Responses due by 6/25/2008. Status hearing to be held on 7/22/2008 at 11:30 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. Signed on 6/5/2008 (Burton, Shenitha) (Entered: 06/09/2008) |
| 06/06/2008 | 27 | Hearing Continued (RE: 11 Leave). Hearing Scheduled for 07/22/2008 at 11:30 AM at Courtroom 742 219 South Dearborn, Chicago, IL, 60604. (Smith,Lester) (Entered: 06/06/2008) |
| 06/06/2008 | 28 | Hearing Continued (RE: 24 Dismiss Case). Hearing Scheduled for 07/22/2008 at 11:30 AM at Courtroom 742 219 South Dearborn, Chicago, IL, 60604. (Smith,Lester) (Entered: 06/06/2008) |
| 06/12/2008 | 30 | Proof of Service of Subpoena Filed by Jeffrey B Rose on behalf of Ganesan Visvabharathy. (Rose, Jeffrey) (Entered: 06/12/2008) |
| 06/12/2008 | 31 | Notice of Filing Filed by Jeffrey B Rose on behalf of Ganesan Visvabharathy (RE: 30 Proof of Service of Subpoena). (Rose, Jeffrey) (Entered: 06/12/2008) |
| 06/19/2008 | 32 | Notice of Motion and Motion for Relief from Stay as to 3 Schooner Court, Saint Augustine, FL. Fee Amount $150, Filed by Rachael A Stokas on behalf of Indy Mac Bank. Hearing scheduled for 7/8/2008 at 10:00 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Attachments: # 1 Statement Accompanying Relief From Stay # 2 Proposed Order) (Stokas, Rachael) (Entered: 06/19/2008) |
| 06/19/2008 | 33 | Notice of Motion and Motion for Relief from Stay as to 3 Brigatine Court, Saint Augustine, FL. Fee Amount $150, Filed by Rachael A Stokas on behalf of Indy Mac Bank. Hearing scheduled for 7/8/2008 at 10:00 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Attachments: # 1 Statement Accompanying Relief |

| | | |
|---|---|---|
| | | From Stay # 2 Proposed Order) (Stokas, Rachael) (Entered: 06/19/2008) |
| 06/19/2008 | 34 | Receipt of Motion for Relief Stay(08-09615) [motion,mrlfsty] ( 150.00) Filing Fee. Receipt number 9020948. Fee Amount $ 150.00 (U.S. Treasury) (Entered: 06/19/2008) |
| 06/19/2008 | 35 | Receipt of Motion for Relief Stay(08-09615) [motion,mrlfsty] ( 150.00) Filing Fee. Receipt number 9020948. Fee Amount $ 150.00 (U.S. Treasury) (Entered: 06/19/2008) |
| 06/19/2008 | 36 | Notice of Motion and Motion for Relief from Stay as to 4 Brigantine Ct. Saint Augustine, FL. Fee Amount $150, Filed by Rachael A Stokas on behalf of Indy Mac Bank. Hearing scheduled for 7/8/2008 at 10:00 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Attachments: # 1 Statement Accompanying Relief From Stay # 2 Proposed Order) (Stokas, Rachael) (Entered: 06/19/2008) |
| 06/19/2008 | 37 | Receipt of Motion for Relief Stay(08-09615) [motion,mrlfsty] ( 150.00) Filing Fee. Receipt number 9021820. Fee Amount $ 150.00 (U.S. Treasury) (Entered: 06/19/2008) |
| 06/25/2008 | 38 | Amended Notice of Motion Filed by Jose G Moreno on behalf of Indy Mac Bank (RE: 33 Motion for Relief Stay,, 32 Motion for Relief Stay,, 36 Motion for Relief Stay, ). Hearing scheduled for 7/8/2008 at 10:00 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Moreno, Jose) (Entered: 06/25/2008) |
| 06/26/2008 | 40 | Agreed Order Scheduling (RE: 24 Motion to Dismiss Case, ). Reply due by: 7/11/2008. Responses due by 6/27/2008. Signed on 6/26/2008 (Burton, Shenitha) (Entered: 06/30/2008) |
| 06/27/2008 | 39 | Response to (related document(s): 24 Motion to Dismiss Case, ) Filed by Gary I Blackman on behalf of IndyMac Bank, F.S.B. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5) (Blackman, Gary) (Entered: 06/27/2008) |
| 06/30/2008 | 41 | Appearance Filed by Gregory J Jordan on behalf of The Privatebank And Trust Company. (Jordan, Gregory) (Entered: 06/30/2008) |
| 06/30/2008 | 42 | Appearance for Peter J. Schmidt Filed by Gregory J Jordan on behalf of The Privatebank And Trust Company. (Jordan, Gregory) (Entered: 06/30/2008) |
| 06/30/2008 | 43 | Appearance for Jean Soh Filed by Gregory J Jordan on behalf of The Privatebank And Trust Company. (Jordan, Gregory) (Entered: |

| | | |
|---|---|---|
| | | 06/30/2008) |
| 06/30/2008 | 44 | Notice of Motion and Motion to Strike Interrogatories and Related Relief Filed by Bruce L Wald on behalf of Ganesan Visvabharathy. Hearing scheduled for 7/8/2008 at 10:00 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Proposed Order) (Wald, Bruce) (Entered: 06/30/2008) |
| 07/03/2008 | 45 | Response to (related document(s): 44 Motion to Strike, ) Filed by Gary I Blackman on behalf of IndyMac Bank, F.S.B. (Attachments: # 1 Exhibit 1 (Part 1)# 2 Exhibit 1 (Part 2)) (Blackman, Gary) (Entered: 07/03/2008) |
| 07/08/2008 | 46 | (E)Order Denying for the Reasons Stated on the Record Motion for Relief from Stay (Related Doc # 36). Signed on 07/08/2008. (Devine, Tina) (Entered: 07/08/2008) |
| 07/08/2008 | 47 | (E)Order Denying for the Reasons Stated on the Record Motion for Relief from Stay (Related Doc # 33). Signed on 07/08/2008. (Devine, Tina) (Entered: 07/08/2008) |
| 07/08/2008 | 48 | (E)Order Denying for the Reasons Stated on the Record Motion for Relief from Stay (Related Doc # 32). Signed on 07/08/2008. (Devine, Tina) (Entered: 07/08/2008) |
| 07/08/2008 | 49 | (E)Order Denying for the Reasons Stated on the Record Motion to Strike (Related Doc # 44). Signed on 7/8/2008. (Burton, Shenitha) (Entered: 07/09/2008) |
| 07/11/2008 | 50 | Reply in Support to (related document(s): 24 Motion to Dismiss Case, ) Filed by Bruce L Wald on behalf of Ganesan Visvabharathy (Wald, Bruce) (Entered: 07/11/2008) |
| 07/11/2008 | 51 | Notice of Filing Filed by Bruce L Wald on behalf of Ganesan Visvabharathy (RE: 50 Reply). (Wald, Bruce) (Entered: 07/11/2008) |
| 07/14/2008 | 52 | Notice of Motion and Motion to Compel Alleged Debtor to Answer Interrogatories, Notice of Motion and Motion to Extend Time Extend Hearing Date on Motion to Dismiss Filed by Gary I Blackman on behalf of IBA, LLC, IndyMac Bank, F.S.B., Lisle Technology Partners, LLC. Hearing scheduled for 7/17/2008 at 10:00 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3-1# 4 Exhibit 3-2# 5 Exhibit 4# 6 Proposed Order # 7 Proposed Order Minute Order) (Blackman, Gary) (Entered: 07/14/2008) |
| | | |

| 07/17/2008 | 53 | (E)Order Mooting Motion for Leave (Related Doc # 11). Signed on 07/17/2008. (Devine, Tina) (Entered: 07/17/2008) |
| --- | --- | --- |
| 07/17/2008 | 54 | Hearing set for July 22, 2008 Stricken (RE: 24 Motion to Dismiss Case,, 29 Order Scheduling, ). (Devine, Tina) (Entered: 07/17/2008) |
| 07/17/2008 | 55 | Hearing set for July 22, 2008 (RE: 11 Motion of IBA, LLC for leave to issue discovery) Stricken . (Devine, Tina) (Entered: 07/17/2008) |
| 07/17/2008 | 56 | Order Granting Motion to Dismiss Involuntary Case (Related Doc # 24). Signed on 7/17/2008. (Burton, Shenitha) (Entered: 07/18/2008) |
| 07/17/2008 | 57 | (E)Order Mooting Motion To Compel (Related Doc # 52), Mooting Motion to Extend Time (Related Doc # 52). Signed on 7/17/2008. (Burton, Shenitha) (Entered: 07/18/2008) |
| 07/18/2008 | 58 | BNC Certificate of Service - Notice of Dismissal (RE: 56 Order on Motion to Dismiss Case). No. of Notices: 4. Service Date 07/20/2008. (Admin.) (Entered: 07/21/2008) |
| 07/21/2008 | 59 | Bankruptcy Case Closed and Trustee Discharged . (Burton, Shenitha) (Entered: 07/21/2008) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 07/21/2008 12:22:57 | | | |
| PACER Login: | lp0214 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 08-09615 Fil or Ent: filed From: 3/21/2008 To: 7/21/2008 Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| Billable Pages: | 4 | Cost: | 0.32 |