IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INDYMAC BANK, F.S.B. and IBA, LLC, ) ) Appellants, ) ) vs. ) ) GANESAN VISVABHARATHY, ) ) Appellee. ) ) | Case No. 08 cv 04702 Appeal from Bankruptcy Case No. 08-9615 Honorable James B. Moran |

### MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF

Indymac Bank, F.S.B. and IBA, LLC. ("Appellants"), by and through their attorneys, Gary I. Blackman, Bryan I. Schwartz and James G. Martignon with Levenfeld Pearlstein, LLC, hereby moves this Court for an extension of time within which to file their Brief in this appeal. In support of their motion, Appellants state as follows:

1. On August 8, 2008, Appellants timely filed their Notice of Appeal from the dismissal of the underlying bankruptcy proceeding.

2. Appellants' Designation of Contents for Inclusion in the Record and Statement of Issues on Appeal was timely filed on August 18, 2008.

3. Despite the best efforts of counsel and the time necessary to obtain the transcripts from the May 22, 2008, and July 8, 2008, proceedings for inclusion in the record, review of Appellee's designation on the record and the intervening holiday, Appellants are unable to complete their brief by September 3, 2008. Accordingly, Appellants request an additional 7 days, through and including September 10, 2008 within which to file their Brief.

LP  1752308.1 \ 31849-76732

4.       To date, Appellants have not requested any extensions of time in connection with this appeal and this motion is made in good faith and not for the purpose of delay.

WHEREFORE, Appellants, Indymac Bank, F.S.B. and IBA, LLC requests that this Court enter an order granting an extension of time within which to file their Brief through and including September 10, 2008 and for such other relief as this Court deems just.

Dated: August 29, 2008

                                                    Respectfully submitted,

                                                    INDY INDYMAC BANK, F.S.B. and IBA, LLC,

                                                    */s/ Gary I. Blackman*

Bryan I. Schwartz (ARDC # 6204347)
Gary I. Blackman (ARDC #6187914)
James G. Martignon  (ARDC # 6277974)
Levenfeld Pearlstein, LLC
2 North LaSalle Street, Suite 1300
Chicago, Illinois 60602
(312) 346-8380
(312) 346-8434 (Fax)