IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B. and IBA, LLC, | ) | |
| | ) | |
| Appellants, | ) | Case No. 08 cv 04702 |
| vs. | ) | |
| | ) | Appeal from Bankruptcy Case No. 08-9615 |
| GANESAN VISVABHARATHY, | ) | |
| | ) | Honorable James B. Moran |
| Appellee. | ) | |
| | ) | |

## NOTICE OF MOTION

TO:  See Attached Service List

    On Wednesday, September 3, 2008 at 9:00 a.m., or as soon thereafter as counsel may heard, I shall appear before the Honorable James B. Moran, in the courtroom usually occupied by him in Room 1843 of the Dirksen Federal Building located at 219 S. Dearborn St., Chicago, Illinois, and present the **MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF,** a true and correct copy of which is attached hereto and served upon you

Dated: August 29, 2008                              Respectfully submitted,

                                                                INDYMAC BANK, F.S.B., and IBA, LLC


                                                                By:     /s/ Gary I. Blackman

Bryan I. Schwartz (ARDC # 6204347)
Gary I. Blackman (ARDC #6187914)
James G. Martignon  (ARDC # 6277974)
Levenfeld Pearlstein, LLC
2 North LaSalle Street, Suite 1300
Chicago, Illinois 60602
(312) 346-8380
(312) 346-8434 (Fax)

## CERTIFICATE OF SERVICE

I, Gary I. Blackman, an attorney, hereby certify that on August 29, 2008, I electronically filed the attached **MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF** with the Clerk of the Court Using the CM/ECF System which will send notification of such filing to the individuals listed below and by overnight mail, as indicated:

**Via the CM/ECF System**

Bruce L. Wald
Jeffrey B. Rose
Natalia K. Rzepka
TISHLER & WALD, LTD
200 S. Wacker Dr., Ste. 3000
Chicago, IL 60606
*Counsel for Ganesan Visvabharathy*

Henry B. Merens
Adelman & Gettleman, Ltd.
53 W. Jackson Blvd., Suite 1050
Chicago, IL 60604
*Counsel for Dr. Suriya Sastri*

William T. Neary
219 S. Dearborn, Room 873
Chicago, IL 60604
*United States Trustee*

**Via Overnight mail**

Frederick E. Roth
Roth Law Firm
650 Warrenville Road, Suite 100
Lisle, IL 60532
*Counsel for Lisle Technology Partners, LLC*

Shepard Schwartz & Harris, LLP
123 North Wacker Drive, Suite 1400
Chicago, IL 60602

*/s/ Gary I. Blackman*